# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JONNA ALTIER,** | ) |
| Plaintiff, | ) CASE NO. 2:17-cv-599 |
| | ) |
| vs. | ) JUDGE GEORGE C. SMITH |
| | ) |
| | ) MAGISTRATE JUDGE VASCURA |
| **A SILVER LINING LLC,** | ) |
| | ) **AGREED ORDER** |
| Defendant. | ) |

This matter came before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. #16).  The Court has reviewed the parties' Settlement Agreement and General Release, concludes that it is fair, reasonable and adequate, and acknowledges that the settlement is a result of contested litigation to resolve a *bona fide* dispute under the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq*.

**IT IS THEREFORE ORDERED** that the Joint Motion for Approval of Settlement and Dismissal with Prejudice is **GRANTED**.  The Court shall retain jurisdiction to enforce the Settlement Agreement and General Release as deemed necessary. This action is hereby **DISMISSED** with prejudice.

The Clerk shall remove Document 16 and close this case.

**IT IS SO ORDERED.**

                                           *s/ George C. Smith*
                                           **GEORGE C. SMITH**
                                           **UNITED STATES DISTRICT JUDGE**

Submitted by:

NILGES DRAHER LLC

*/s/ Shannon M. Draher (per email authorization 11-27-2017)*
Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
Michaela M. Calhoun (0093546)
7266 Portage St. NW, Suite D
Massillon, Ohio 44646
Telephone:	(330) 470-4428
Facsimile:	(330) 754-1430
Email:	hans@ohlaborlaw.com
	sdraher@ohlaborlaw.com
	mcalhoun@ohlaborlaw.com

*Counsel for Plaintiff*


COOLIDGE WALL CO., LPA

*/s/ Marc L. Fleischauer*
Marc L. Fleischauer (0064580)
Coolidge Wall Co., LPA
33 West First Street, Suite 200
Dayton, Ohio 45402
Telephone:	(937) 449-5771
Facsimile:	 (937) 223-6705
E-mail:	fleischauer@coollaw.com

*Counsel for Defendant*